

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-13-00145-CV

Trial Court Cause
Number:      39003

Style:      Helitrans Company

     **v** Rotocraft Leasing Co., LLC

Date motion filed[*]:      April 29, 2013

Type of motion:      Motion for extension of time to file reporter's record

Party filing motion:      Court reporter

Document to be filed:      Reporter's record

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

     Original due date:      February 28, 2013

     Number of previous extensions granted:      1

     Date Requested:      May 28, 2013

Ordered that motion is:

     ☒    Granted

         If document is to be filed, document due:   May 28, 2013

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

         ☐ The Court will not grant additional motions to extend time.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature: /s/ Jim Sharp
         ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: Mau 15, 2013